UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY DAVID MURPHY,

        Plaintiff,                      Case No. 1:14-cv-269

v.                                         Honorable Paul L. Maloney

STEVEN KARBER, et al.,

        Defendants.
_____/

**ORDER FOR PARTIAL DISMISSAL**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Defendant Prelesnik be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that the order for service issued May 5, 2014 (docket #4) remains in force with respect to all other Defendants.


Dated: May 23, 2014                                  /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge