UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DAVID MURPHY, # 183248, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-269 |
| v. | ) ) | Honorable Paul L. Maloney |
| STEVEN KARBER, et al., | ) ) | **JUDGMENT** |
| Defendants. | ) ) ) | |

In accordance with the Opinion filed this date:

IT IS ORDERED that plaintiff's request for declaratory relief is DISMISSED AS MOOT.

IT IS ORDERED that defendants' motion for summary judgment (ECF 62) is GRANTED and judgment is hereby entered in favor of defendants on all plaintiff's federal claims.

The Court, in its discretion, declines to exercise supplemental jurisdiction over plaintiff's purported state-law claims.

Dated: September 20, 2017          /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge